IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIMOTHY L. ASHFORD and
TIMOTHY L. ASHFORD, P.C.L.L.O.,

Plaintiffs,

vs.

HON. JEFFREY J. FUNKE, Chief Justice of the Nebraska Supreme Court in his official capacity and his individual capacity, et al.,

Defendants.

8:26-CV-356

ORDER

IT IS ORDERED:

1. The plaintiff's motion to dismiss duplicative complaint (filing 21) is denied as moot.

2. The defendants shall respond to the plaintiff's motion for leave to amend (filing 22) on or before November 12, 2026. The plaintiff may reply in support of his motion on or before November 19, 2026. The motion for leave to amend will be taken up by the Court along with the defendants' pending motion to dismiss (filing 15).

Dated this 30th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge